# UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

FILED

UNITED STATES OF AMERICA,

2008 APR -3 AM 10: 41

V.

WARRANT FOR ARREST

BY _____ YNY _____ DEPUTY

MEZA-Cervantes, Jaime

CASE NUMBER: 074 363 988

To: The United States Marshal
and any Authorized United States Officer

'08 MJ 0141

YOU ARE HEREBY COMMANDED TO ARREST: MEZA-Cervantes, Jaime
                                                        Name

and bring him forthwith to the nearest magistrate to answer an

___ Indictment  ___ Information  _X_ Complaint  ___ Order of court  ___ Violation Notice  ___ Probation Violation Petition

charging him wit:

Attempted entry after deportation of a criminal alien into the United States

in violation of: 8 USC 1326

Nita L. Stormes
Name of Issuing Officer

United States Magistrate Judge
Title of issuing Officer

[Signature]
Signature of Issuing Officer

01/18/08 San Diego, California
Date and Location

_____ (By) Deputy Clerk

Bail Fixed at $ To Be Set in Court

by _____
      Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at
CORRECTION CORPORATION OF AMERICA
P.O. BOX 438150, SAN DIEGO, CA
ALTA ROAD, SAN DIEGO, CA

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| | SHAWN H. BROOKS | [Signature] |
| DATE OF ARREST 4/2/08 | BORDER PATROL AGENT | |