FILED

2008 APR 30 PM 3:16

CLERK U.S.
SOUTHERN DIST...

BY _____ ggw _____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08 CR 1356 W |
| Plaintiff, ) | I N D I C T M E N T |
| v. ) | Title 8, U.S.C., Secs. 1326(a) and (b) - Attempted Entry After Deportation; Title 18, U.S.C., Sec. 911 - False Claim to United States Citizenship |
| JAIME MEZA-CERVANTES, ) | |
| Defendant. ) | |

The grand jury charges:

Count 1

On or about January 6, 2008, within the Southern District of California, defendant JAIME MEZA-CERVANTES, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States without the express consent of the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, after having been previously excluded, deported and removed from the United States to Mexico, and not having obtained said express consent to reapply for admission thereto; and committed an overt act to wit, crossing the border from Mexico into the United States, that
//

JDM:em:San Diego
4/30/08

was a substantial step toward committing the offense, all in violation of Title 8, United States Code, Sections 1326(a) and (b).

It is further alleged that defendant JAIME MEZA-CERVANTES was removed from the United States subsequent to September 30, 2005.

## Count 2

On or about January 6, 2008, within the Southern District of California, defendant JAIME MEZA-CERVANTES did falsely and willfully represent to Department of Homeland Security, Bureau of Customs and Border Protection Officer V. Valenteros, a person having good reason to inquire into the nationality status of the defendant, that he was a citizen of the United States; whereas, in truth and fact, as the defendant then and there well knew, he was not a citizen of the United States; in violation of Title 18, United States Code, Section 911.

DATED: April 30, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
DOUGLAS KEEHN
Assistant U.S. Attorney