1  ROBERT C. SCHLEIN
   California State Bar No. 97876
2  401 "B" Street, Suite 2209
   San Diego, CA 92101
3  Telephone:  (619) 235-9026
   Email: robert@rcslaw.org
4
   *Attorney for Jaime Meza-Cervantes*
5

6                    UNITED STATES DISTRICT COURT

7                 SOUTHERN DISTRICT OF CALIFORNIA

8                 (HONORABLE THOMAS J. WHELAN)

9  UNITED STATES OF AMERICA,          )    Case:  08CR1356-W
                                      )
10           Plaintiff,               )    Date:  June 16, 2008
                                      )    Time:  2:00 p.m.
11 v.                                 )
                                      )
12 JAIME MEZA-CERVANTES,              )    MOTIONS TO:
                                      )
13           Defendant.               )    (1) COMPEL DISCOVERY;
                                      )    (2) ALLOW MR. MEZA-CERVANTES TO
14                                    )        PRESENT A NECESSITY DEFENSE; and
                                      )    (3) GRANT LEAVE TO FILE FURTHER
15 _____)        MOTIONS

16

17 TO:      KAREN P. HEWITT, UNITED STATES ATTORNEY, and
            DALE BLANKENSHIP, ASSISTANT UNITED STATES ATTORNEY
18

19                              MOTIONS

20        Defendant, Jaime Meza-Cervantes, by and through his attorney, Robert C. Schlein, asks this

21 Court pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other

22 applicable statutes, case law, and local rules for an order to:

23        (1)    Compel Discovery;

24        (2)    Allow Mr. Meza-Cervantes to Present a Necessity Defense; and

25        (3)    Grant Leave to File Further Motions.

26 //

27 //

28 //

1    These motions are based upon the instant motions and notice of motions, the attached

2   statement of facts and memorandum of points and authorities, the files and records in the above-captioned

3   matter, and any and all other materials that may come to this Court's attention prior to or during the hearing

4   of these motions.

5                                        Respectfully submitted,

6

7   Dated: May 27, 2008                   /s/ROBERT C. SCHLEIN
                                          Robert C. Schlein
8                                         Attorney-at-Law
                                          Attorney for Defendant Meza-Cervantes
9                                         robert@rcslaw.org

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28