ROBERT C. SCHLEIN
California State Bar No. 97876
401 "B" Street, Suite 2209
San Diego, CA 92101
Telephone: (619) 235-9026
Email: robert@rcslaw.org

*Attorney for Jaime Meza-Cervantes*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE THOMAS J. WHELAN)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case:  08CR1356-W |
| Plaintiff, | ) ) | Date:  June 16, 2008 |
| v. | ) ) | Time:  2:00 p.m. |
| JAIME MEZA-CERVANTES, | ) ) | NOTICE OF MOTIONS TO: |
| Defendant. | ) ) ) | (1) COMPEL DISCOVERY; (2) ALLOW DEFENDANT TO PRESENT A NECESSITY DEFENSE; and (3) GRANT LEAVE TO FILE FURTHER MOTIONS |
| _____ | ) | |

TO:        KAREN P. HEWITT, UNITED STATES ATTORNEY, and
           DALE BLANKENSHIP, ASSISTANT UNITED STATES ATTORNEY

           PLEASE TAKE NOTICE that on June 16, 2008 at 2:00 p.m. or as soon thereafter as counsel

may be heard, defendant, Jaime Meza-Cervantes, by and through his attorney, Robert C. Schlein, will ask

this Court to enter an order granting the accompanying motions.


                                        Respectfully submitted,


Dated: May 27, 2008              /s/ROBERT C. SCHLEIN
                                 Robert C. Schlein
                                 Attorney-at-Law
                                 Attorney for Defendant Meza-Cervantes
                                 robert@rcslaw.org