**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 08CR1356-W |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| JAIME MEZA-CERVANTES, | ) | |
| | ) | |
| Defendant, | ) | |
| _____ | ) | |

IT IS HEREBY CERTIFIED THAT:

I, Robert C. Schlein, am a citizen of the United States and am at least eighteen years of age.

My business address is 401 "B" Street, Suite 2209, San Diego, California, 92101.

I am not a party to the above-entitled action. I have caused service of:

**Notice of Motions**
**Motion to:** **(1) Compel Discovery**
**(2) Allow Mr. Meza-Cervantes to Present a Necessity Defense**
**(3) Grant Leave to File Further Motions**
**Memorandum of Points and Authorities**

on the following parties by electronically filing the foregoing with the Clerk of the District Court

using its ECF System, which electronically notifies them.

1. Dale Blankenship, Assistant United States Attorney

I declare under penalty of perjury that the foregoing is true and correct

Executed on May 27, 2008.

s/Robert C. Schlein
ROBERT C. SCHLEIN

1