May 07, 2008

To whom it may concern,

My name is Silvia Urbalejo. I am Jaime Cervantes Meza oldest sister. I have been by Jaime's side since they deported him to Mexico in July 2007. Since that date all his family members visit him and looked after him. Jaime was excited to be out of prison; he was looking for a job, and a whole new start. After a while he couldn't find a job because he didn't had any proper documentation from Mexico, due to that he was a resident from the USA and lived most of his life in the USA.

Weeks before he tried crossing the border he had told me that he felt scared and threaten by the gang members from the block. He felt that the guys that lived in the same block were watching him. Days later my mother Elvira received a call from Jaime, standing that who was planning to go to Mexico to visit him anytime soon. He wanted to move out from there because he didn't feel safe anymore. He started to hear things during the night. He would say there were people claiming and walking on the top of the roof were he lived. Also knocking and trying to break in, where he would see shadows and they would flash him with the flashlight.

Since that he felt he had no peace and couldn't live there any more. He told my older brother Frank Meza to help him find a new place to leave. So Frank called my parents to go down to Mexico to get him out of there and find a new place. My parents went down to Mexico and got him, they took him to a motel. Mean while they find something for him. Couple hours later that he was settled down in the motel room, they started knocking on the door and bothering him. So when he felt that it was safe for him, he got out and went to a near by store to use the phone to call again my brother to pick him up.

A little bit after the Mexican police got there and told him he needed to move. Jaime told the police that he was waiting for his family to come and pick him up because he felt threaten, and he wanted to make sure that the cameras from the inside the store where recording him just in case something happened to him. The police decided to arrest him because he refused to leave. Inside the police truck there was one of the guys that was threatening him all long. When he was arrested the police took him to jail.

So when Jaime's family arrived the clerk from the store had said that Jaime got arrested. My parents cough up with Jaime in jail. The police told my parents that he would be released the following day. The next day Jaime called my parents to go pick him up and told them he was beat up in jail and someone was following him. He also told them that he was so scared that he taught that he was going to get kidnapped or even killed. So that somebody needed to go pick him up or that he was going to be forced to cross the border to get help.

So I Silvia Urbalejo declare the foregoing under penalty of perjury.

Sincerely,

Silvia Urbalejo
Silvia Urbalejo


Exhibit B